UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

   Plaintiff,          Case No: 1:13-cr-179

v.                 HON. JANET T. NEFF

FRANKIE BARBER,

   Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

  The Court has reviewed the Report and Recommendation filed June 23, 2014 by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

  THEREFORE, IT IS ORDERED that:

  1.  The Report and Recommendation of the Magistrate Judge (Dkt 115) is APPROVED and ADOPTED as the opinion of the Court.

  2.  Defendant's plea of guilty is accepted and defendant is adjudicated guilty of the charge set forth in Count One of the Superseding Felony Information.

  3.  The written plea agreement is hereby continued under advisement pending sentencing.


Dated:  July 14, 2014          /s/Janet T. Neff
                   JANET T. NEFF
                   United States District Judge